UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:08-cr-379-T-23TBM

JAMES CHAMBERS
_____/

## **ORDER**

Chambers (1) appeals (Doc. 59) from the December 27, 2013, order denying Chambers' motion to "Compel Specific Performance of the Plea Agreement" and (2) moves (Doc. 60) to proceed on appeal *in forma pauperis*.

Magistrate Judge McCoun considered the motion to appeal *in forma pauperis* and explains in his February 21, 2014, report and recommendation (Doc. 64) (1) that Chambers' financial documentation does not "necessarily demonstrate [Chambers'] inability to pay the filing fee or portion thereof," (2) that Chambers "asserts no basis to appeal the Court's Order denying his Motion to Compel for Specific Performance of Plea Agreement [] and alleges no grounds which would support the same," (3) that "there simply is no support for finding that the government breached the terms of the Plea

Agreement or that there existed an adequate basis for the exercise of mandamus jurisdiction," (4) that Chambers "is unable to demonstrate a nonfrivolous issue for appeal," and (5) that Chambers' appeal is frivolous and lacks good faith. Chambers files no response.

Accordingly, Magistrate Judge McCoun's report and recommendaton is **ADOPTED**, and the motion for leave to proceed *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on March 14, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE